UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Service Lighting, Inc., | Civil No.: 11-CV-03144 PJS/FLN |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION** |
| v. | |
| BuyLites, Inc. LLC, and Glass Surface Systems, Inc., | |
| Defendants. | |

To:  DEFENDANTS BULITES, INC. LLC, 21 Huston Street, Barberton, OH  44203 and GLASS SURFACE SYSTEMS, INC., 24 Brown Street, Barberton, OH  44203.

PLEASE TAKE NOTICE that Plaintiff Service Lighting, Inc., hereby withdraws its motion for a temporary restraining, on a date to be determined, before the Honorable Judge Patrick J. Schiltz of U.S. District Court, District of Minnesota, in Courtroom 14E of the United States District Court, 300 South Fourth Street, Minneapolis, MN 55415.

Date:  November 10, 2011                HENNINGSON & SNOXELL, LTD.

s/Mark V. Steffenson
Mark V. Steffenson (#178457)
Craig T. Dokken (#187549)
Janet C. Ampe (#319673)
6900 Wedgwood Road, Suite 200
Maple Grove, MN 55311
(763) 560-5700

Attorneys for Service Lighting, Inc.