UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Service Lighting, Inc.,                                    Civil No. 11-3144   PJS/FLN

    Plaintiff,

v.                                                                SCHEDULING ORDER

BuyLites, I nc. and Glass Surface
Systems, Inc.,

    Defendants.

_____

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. <u>Discovery/Non-Dispositive Motions</u>:

    a. All motions which seek to amend the pleadings or add parties must be filed and served by August 1, 2012.

    b. All discovery shall be commenced in time to be completed by December 1, 2012.

    c. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before June 25, 2012.

    d. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

    e. No more than 50 Requests for Admission shall be served by any party.

    f. No more than 50 Document Requests shall be served by any party.

      g.      No more than 10 non-expert depositions shall be taken by any party.

      h.      All nondispositive motions and supporting documents, including those which relate to discovery, shall be filed and served by December 1, 2012. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2.    <u>Expert Disclosure and Discovery</u>:

      a.      Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

             1)      By Plaintiff(s) on or before October 1, 2012.

             2)      By Defendant(s) on or before October 15, 2012.

      b.      Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

             1)      By Plaintiff(s) on or before October 15, 2012.

             2)      By Defendant(s) on or before November 1, 2012.

             3)      Rebuttal reports on or before November 15, 2012.

      c.      Each party may depose no more than 2 expert witnesses on or before December 1, 2012.

      d.      Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3.    <u>Dispositive Motions</u>:

      a.      All dispositive motions must be served, filed, **and heard** by February 1, 2013.

      b.      All dispositive motions must be scheduled, served, and filed in compliance with the Electronic Case Filing Procedures for the District of

                Minnesota and Local Rule 7.1.  Parties must submit two paper courtesy copies of motions, memoranda, affidavits, exhibits, and other filings. Judge Schiltz prefers those courtesy copies to be three-hole punched and unstapled.  Courtesy copies should be mailed or delivered to Judge Schiltz's chambers contemporaneously with the documents being posted on ECF.  Envelopes should be marked to the attention of Caryn Glover, Calendar Clerk to Judge Schiltz.

      c.    Dispositive motions may be scheduled for a hearing by calling Caryn Glover at (612) 664-5483.  Parties are reminded that the scheduling of a dispositive motion requires considerable advance notice (typically three to four months).  Parties should attempt to schedule all dispositive motions for the same hearing and should strive to avoid duplication in their briefing.

4.    <u>Trial</u>:

      a.    This case shall be ready for trial on and after April 1, 2013, at which time it will be placed on the court's jury trial calendar.

      b.    Trial is estimated to last 2-3 trial days.

DATED: June 14, 2012.                            *s/ Franklin L. Noel*
                                                        FRANKLIN L. NOEL
                                                        United States Magistrate Judge